**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000336
26-MAY-2020
07:54 AM**

NO. CAAP-19-0000336

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
KAPANA B. THRONAS-KAHOʻONEI, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CR. NO. 16-1-0445 (5PC161000445))

SUMMARY DISPOSITION ORDER
(By: Ginoza, C.J., and Hiraoka and Wadsworth, JJ.)

Defendant-Appellant Kapana B. Thronas-Kahoʻonei
(**Thronas-Kahoʻonei**), self-represented, appeals from the Judgment
of Conviction and Probation Sentence, filed on April 10, 2019, in
the Circuit Court of the Fifth Circuit (**Circuit Court**).[1]

Thronas-Kahoʻonei was convicted of Resisting Arrest, in
violation of Hawaii Revised Statutes (**HRS**) § 710-1026(1)(a)
(2014).[2] On appeal, he contends that the Circuit Court lacked
jurisdiction because the State of Hawaiʻi is a fraud, he is
Kanaka Maoli, there is no treaty annexing the Hawaiian Islands,

---

[1] The Honorable Kathleen N.A. Watanabe presided.

[2] HRS § 710-1026(1)(a) provides:

(1) A person commits the offense of resisting arrest
if the person intentionally prevents a law enforcement
officer acting under color of the law enforcement officer's
official authority from effecting an arrest by:

    (a)    Using or threatening to use physical force
        against the law enforcement officer or
        another[.]

and the Hawaiian Islands are a sovereign state and illegally occupied.

Upon careful review of the record and the briefs submitted by the parties and having given due consideration to the arguments advanced and the issues raised by the parties, we resolve Thronas-Kahoʻonei's points of error as follows:

The Hawaiʻi Supreme Court has held that "'whatever may be said regarding the lawfulness' of its origins, 'the State of Hawaiʻi is now, a lawful government.' Individuals claiming to be citizens of the Kingdom and not of the State are not exempt from application of the State's laws." State v. Kaulia, 128 Hawaiʻi 479, 487, 291 P.3d 377, 385 (2013) (brackets, ellipses, and internal citation omitted) (quoting State v. Fergerstrom, 106 Hawaiʻi 43, 55, 101 P.3d 652, 664 (App. 2004), aff'd, 106 Hawaiʻi 41, 101 P.3d 225 (2004)).

Here, the State charged Thronas-Kahoʻonei based on his conduct in the County of Kauaʻi. Accordingly, Thronas-Kahoʻonei was subject to the State's criminal jurisdiction in this case, and he was not exempt from the application of HRS § 710-1026(1).

It is not clear, but it appears that Thronas-Kahoʻonei may also contend that his arrest was otherwise improper and that he was not guilty of the charged offense. If that is his contention, it is not supported by any discernible argument, and he fails to state any alleged error committed by the Circuit Court. Even if any such error were properly alleged on appeal, Thronas-Kahoʻonei fails to cite to where in the record any error might have occurred.[3/] This contention is thus deemed waived and will not be addressed further. See Kakinami v. Kakinami, 127 Hawaiʻi 126, 144 n.16, 276 P.3d 695, 713 n.16 (2012) (citing In re Guardianship of Carlsmith, 113 Hawaiʻi 236, 246, 151 P.3d 717, 727 (2007) ("noting that this court may 'disregard a particular contention if the appellant makes no discernible argument in support of that position'")); Asato v. Procurement Policy Bd., 132 Hawaiʻi 333, 354 n.22, 322 P.3d 228, 249 n.22 (2014) ("However, these are not truly 'points of error' inasmuch as they

---

[3/] We note that Thronas-Kahoʻonei also has failed to include any transcripts of the pre-trial or trial proceedings in the record on appeal.

do not state an 'alleged error committed by the court.'" (brackets omitted)); Hawaiʻi Rules of Appellate Procedure Rule 28(b)(4).

Therefore, IT IS HEREBY ORDERED that the Judgment of Conviction and Probation Sentence, filed on April 10, 2019, in the Circuit Court of the Fifth Circuit, is affirmed.

DATED:  Honolulu, Hawaiʻi, May 26, 2020.


On the briefs:

Kapana B. Thronas-Kahoʻonei,
Pro Se Defendant-Appellant.

Tracy Murakami,
Deputy Prosecuting Attorney,
County of Kauaʻi,
for Plaintiff-Appellee.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge